## Morris *v.* Gourley et al., Appellants.

Argued November 10, 1970. *David W. Swanson*, for appellants; *H. R. Hampson*, with him *Hampson & Hampson*, for appellee.

Judgment affirmed.

## Munhall School District Appeal.

Argued November 12, 1970. *John G. Masick*, with him *Bearer, Masick & Newlon*, for appellant; *Patrick H. Washington*, Deputy Attorney General, with him *Fred Speaker*, Attorney General, and *Alfred C. Maiello*, and *McCrady & Nicklas*, for State Board of Education, appellee.

Order affirmed.